THEODORE Moss, Appellant, *v.* EUGENE TOMPKINS, Respondent.

(Argued December 12, 1894; decided January 15, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 12, 1893, which affirmed a judgment in favor of plaintiff for nominal damages and of costs for defendant entered upon a verdict directed by the court.

*Stephen H. Olin* for appellant.

*A. J. Dittenhoefer* for respondent.

Agree to affirm on authority of *Bernstein* v. *Meech* (130 N. Y. 359); no opinion.
All concur.
Judgment affirmed.

---

WILLIAM P. ROOME et al., Appellants, *v.* FREDERICK C. JENNINGS et al., Respondents.

(Argued December 13, 1894; decided January 15, 1895.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made April 3, 1893, which affirmed a judgment in favor of plaintiffs for nominal damages and in favor of defendants for costs entered upon a decision of the court on trial at Special Term.

*F. A. Thomson* for appellants.

*Henry B. Twombly* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.